UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERREL L. THOMAS,

       Plaintiff,

v.                                       Case No. 8:07-cv-2196-T-24 TBM

BROOKSVILLE POLICE
DEPARTMENT, *et al.,*

       Defendants.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's Affidavit of Indigency (Doc. No. 2), which the Court construes as a motion for leave to proceed *in forma pauperis*, and also on Plaintiff's Motion for Removal of Cases from State Courts (Doc. No. 4).

Plaintiff's motion for leave to proceed *in forma pauperis* was considered by the United States Magistrate Judge Thomas B. McCoun, III. On December 10, 2007, Magistrate Judge McCoun filed his Report and Recommendation (Doc. No. 5), in which he noted that Plaintiff's complaint was frivolous or failed to state a claim. Magistrate Judge McCoun recommended that Plaintiff's motion to proceed *in forma pauperis* should be denied, and that Plaintiff's complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Magistrate Judge McCoun also recommended that this Court direct Plaintiff to file an Amended Complaint consistent with the pleading requirements of the Federal Rules of Civil Procedure within twenty days of this Court's Order, failing which will result in a dismissal of the action without further notice. Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file

objections pursuant to 28 U.S.C. § 636(b)(1). On January 18, 2008, Plaintiff filed his objection (Doc. No. 6).

Upon consideration of the Report and Recommendation and Plaintiff's objection thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. As for Plaintiff's motion for removal of cases from state courts, the Court finds this motion has no merit and should be denied.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 5) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is **DENIED**;

(4) Plaintiff's Motion for Removal of Cases from State Courts (Doc. No. 4) is **DENIED**; and

(5) Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**. Plaintiff is directed to file an Amended Complaint, consistent with the pleading requirements of the Federal Rules of Civil Procedure, on or before February 11, 2008. Failure to do so shall result in dismissal of this action without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of January, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson, United States Magistrate Judge
Pro se Plaintiff