UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERREL L. THOMAS,

     Plaintiff,

v.                                                    Case No. 8:07-cv-2196-T-24 TBM

BROOKSVILLE POLICE
DEPARTMENT, *et al.,*

     Defendants.
_____/

**O R D E R**

This cause comes before the Court on its own. On January 22, 2008, this Court entered an Order dismissing Plaintiff Derrel L. Thomas' complaint. (Doc. No. 7.) The Order also directed Plaintiff to file an amended complaint, consistent with the pleading requirements of the Federal Rules of Civil Procedure, on or before February 11, 2008, and provided that failure to do so would result in dismissal of this action without further notice. To date, no such amended complaint has been filed. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of February, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro se Plaintiff